IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY BARNHILL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 06-0282-CB-C |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., et al., | ) |
| | ) |
|    Defendants. | ) |

## REQUEST FOR ORAL ARGUMENT

Defendant Teva Pharmaceuticals USA, Inc. ("Teva USA"), pursuant to Local Rule 7.3, moves the Court to enter an order setting Teva USA's Motion for Summary Judgment (Doc. 173), filed on October 10, 2008, for oral argument. Teva USA believes that oral argument would benefit the Court's consideration of the Motion, particularly with respect to Plaintiff's inadequate failure to warn claims and Teva USA's argument that all of Plaintiff's claims are preempted. Teva USA requests that the oral argument be specially set as soon as practicable and convenient to the Court and the parties.

Respectfully submitted this 26th day of November, 2008.

                                                  **s/ Joseph P.H. Babington**
                                                  JOSEPH P.H. BABINGTON (BABIJ7938)
                                                  PATRICK C. FINNEGAN (FINNP3533)
                                                  Attorneys for Defendants Teva Pharmaceuticals
                                                  USA, Inc. and Teva Pharmaceutical Industries, Ltd.
                                                  jpb@helmsinglaw.com;
                                                  pcf@helmsinglaw.com

| | |
|---|---|
| HELMSING, LEACH, HERLONG,<br>  NEWMAN & ROUSE, P.C.<br>Post Office Box 2767<br>Mobile, Alabama 36652<br>251-432-5521<br>251-432-0633 (fax) | OF COUNSEL:<br><br>GLENN S. KERNER<br>JOANNE M. GRAY<br>YULIYA GERTSBERG SCHARF<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br>(212) 355-3333 (fax) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2008, the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who have appeared in the case and who have registered for such notification and I have mailed copies to all parties not registered to receive CM/ECF notification as follows:

Shelly A. Sanford, Esquire
T. Christopher Pinedo, Esquire
Anthony C. Coveny, Esquire
Sanford Pinedo, LLP
2016 Bissonnet Street
Houston, Texas 77005

Marcus L. Stevenson, Esquire
2016 Bissonnet Street
Houston, Texas 77005

E. Frank Woodson, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, PC
Post Office Box 4160
Montgomery, Alabama 36103-4160

Hirlye R. Lutz, III
Cory, Watson, Crowder and DeGaris
2131 Magnolia Avenue
Birmingham, Alabama  35205

              **s/ Joseph P.H. Babington**
              OF COUNSEL

Doc#186248