# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY BARNHILL, | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 06-0282-CB-M |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting the motion for summary judgment filed by Defendant Teva Pharmaceuticals USA, Inc., it is hereby **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff, Ashley Barnhill, against the Defendant, Teva Pharmaceuticals USA, Inc., be and hereby are **DISMISSED** with prejudice.

**DONE** this the 9th day of May, 2011.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**