IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY BARNHILL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 06-0282-CB-M |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the joint stipulation filed by all parties (Doc. 186), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the motion for summary judgment filed by Defendant Teva Pharmaceutical Industries, Ltd. (Doc. 179) be and hereby is **GRANTED** and that this action against Teva Pharmaceutical Industries, Ltd. is hereby **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**DONE** this the 9th day of May, 2011.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**